AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

__for the_ District of _Puerto Rico_

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>RAFAEL ANTONIO PINA-NIEVES<br>*Defendant* | )<br>)<br>)  Case No.  12-215-02 (DRD)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

RAFAEL ANTONIO PINA-NIEVES

Date:   Mar 26, 2012

_____
*Attorney's signature*

Edwin Prado  208504
*Printed name and bar number*

Calle del Parque 403, 8th Floor
San Juan P.R. 00912
*Address*

pradolaw@aol.com
*E-mail address*

787 977-1411
*Telephone number*

787-977-1410
*FAX number*

[Received stamp: 2012 MAR 26 AM 10:59 RECEIVED AND FILED CLERK'S U.S. DISTRICT SAN JUAN]