IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              Crim. No. 12-215 (DRD)

RAFAEL A. PINA-NIEVES,

    Defendant.
_____/

**NOTICE OF APPEARANCE**

COMES NOW the undersigned attorney, and most respectfully states and prays as follows:

Kindly enter my appearance as co-counsel of record for defendant Rafael A. Pina-Nieves, along with brother counsel Edwin Prado-Galarza.

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the U.S. District Court using the CM/ECF system which will send notification of such filing to all parties of record.

WHEREFORE, it is respectfully requested that the Court grant the above request.

At San Juan, Puerto Rico, on this the 16th day of August, 2013.

                                              Respectfully Submitted,

                                              *S/Francisco Rebollo-Casalduc*
                                              Francisco Rebollo-Casalduc Law Office
                                              USDC # 205603
                                              P.O. Box 195571
                                              San Juan, PR 00919
                                              Phone: 787-765-0505
                                              email: rebollolaw@gmail.com